808 A.2d 177

**Richard COSOM,**

v.

**Paul MARCOTTE, M.D. and Danek Medical, Inc.,**

**Petition of Paul Marcotte, M.D.**

Supreme Court of Pennsylvania.

Sept. 25, 2002.

## ORDER

PER CURIAM.

**AND NOW,** this 25th day of September 2002, the petition for allowance of appeal is GRANTED. The order of the Superior Court is VACATED and REMANDED to the Supe-

rior Court for reconsideration in light of *Southard v. Temple University Hospital,* 566 Pa. 335, 781 A.2d 101 (2001).

Jurisdiction relinquished.